# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LYNN WADE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CATES, et al.,<br><br>　　　　Defendants. | **1:22-cv-00123-GSA-PC**<br><br>**RESPONSE TO PLAINTIFF'S NOTICE (ECF No. 8.)** |

  Roderick Lynn Wade ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint commencing this action on January 22, 2022.  (ECF No. 1.)

  On September 6, 2022, Plaintiff notified the Court that one of the defendants named in his complaint, a Doe defendant (Smart Committee CDCR Contractor), does not appear as a defendant on the Court's electronic record.  While Plaintiff named six defendants in his complaint, only five defendants are named in the Court's record.

  For various reasons, the Court does not always enter every defendant on the caption of the electronic record.   However,  all six of the named defendants in his complaint are defendants in his case.

IT IS SO ORDERED.

 Dated:　**September 14, 2022**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE