1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODERICK LYNN WADE,                    No.  1:22-cv-00123 KES GSA (PC)

12              Plaintiff,                   ORDER DENYING PLAINTIFF'S REQUEST
                                            FOR SCREENING AS MOOT
13         v.
                                            (ECF No. 20)
14    B. CATES, et al.,
                                            ORDER GRANTING PLAINTIFF'S
15              Defendants.                  REQUEST FOR COPIES

16                                          (ECF No. 24)

17

18         Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

19    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

20    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         Before this Court are Plaintiff's request for screening and his request for copies.  ECF

22    Nos. 20, 24 (respectively).  For the reasons stated below, Plaintiff's request for screening will be

23    denied as moot, and – as a one-time courtesy – his request for copies will be granted.

24         I.    REQUEST FOR SCREENING

25         On March 20, 2025, Plaintiff's request for screening was docketed.  ECF No. 20.  Given

26    that the Court screened Plaintiff's complaint on June 13, 2025 (see ECF No. 21), Plaintiff's

27    request is now moot.  Therefore, it will be denied as such.

28

                                            1

1      II.    REQUEST FOR COPIES

2          Plaintiff has also filed a request for copies.  ECF No. 24.  In it, he requests the Court send

3      him copies of his motion to reconsider factual evidence (see ECF No. 22) and his motion for an

4      extension of time to respond (see ECF No. 23) that are currently pending before the Court.

5      Plaintiff states that copies of these documents are needed for his personal records because he was

6      unable to make copies of them from his prison before the "deadline."[1]  See id.

7          A grant of in forma pauperis status does not include a party being able to be given free

8      copies of documents on the docket.  Litigants who request copies of documents from the docket

9      are required to pay per page for copies that are made for them by the Court.  The Clerk's Office

10     charges $.50 per page for copies of documents, and copies of a document up to twenty-five pages

11     may be made by it at this Court upon written request and prepayment of the copy fees.  See 28

12     U.S.C. § 1914(b).

13         Despite these facts, given Plaintiff's stated circumstances, as a one-time courtesy, the

14     Court will grant Plaintiff's request.  In so doing, however, Plaintiff is informed that absent unique

15     circumstances, future requests for copies will likely be denied.

16         Accordingly, IT IS HEREBY ORDERED that:

17         1.  Plaintiff's request for screening (ECF No. 20) is DENIED as MOOT;

18         2.  Plaintiff's request for copies (ECF No. 24) is GRANTED, and

19         3.  The Clerk of Court is directed to SEND Plaintiff copies of:

20             a.  Plaintiff's motion for reconsideration (ECF No. 22), and

21             b.  Plaintiff's motion for an extension of time (ECF No. 23).

22

23     IT IS SO ORDERED.

24     Dated:   **August 9, 2025**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

25

26

27
_____

28     [1]  Other than the deadline that Plaintiff was given to file an amended complaint (see ECF No. 21)
       (screening order), no other deadlines for pleadings have been ordered by the Court.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28