1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                              EASTERN DISTRICT OF CALIFORNIA

7

8    RODERICK LYNN WADE,                        No.  1:22-cv-00123-KES-SAB (PC)

9                     Plaintiff,                ORDER GRANTING PLAINTIFF'S MOTION
                                                FOR EXTENSION OF TIME
10          v.
                                                (ECF No. 32)
11   B. GATES, et al.,

12                    Defendants.

13

14          Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to

15   42 U.S.C. § 1983.

16          Currently before the Court is Plaintiff's motion for an extension of time, filed December

17   8, 2025.  (ECF No. 32.)  Plaintiff submits that he was recently diagnosed with prostate cancer and

18   is currently undergoing treatment.  The Court presumes that Plaintiff is seeking a further

19   extension of time to file objections to the pending Findings and Recommendations recommending

20   dismissal of certain claims and Defendants.

21          On the basis of good cause, it is HEREBY ORDERED that Plaintiff is granted sixty (60)

22   days from the date of service of this order to file objections.

23

24   IT IS SO ORDERED.

25   Dated:   **December 9, 2025**            _____

26                                            STANLEY A. BOONE
                                              United States Magistrate Judge
27

28

                                                 1