**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK LYNN WADE, | Case No. 1:22-cv-0123 KES SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| B. GATES, et al., | (Doc. 29) |
| Defendants. | |

Roderick Lynn Wade proceeds pro se in this civil rights action, in which he alleges violations of his civil rights while incarcerated at California Correctional Institution- Tehachapi. Doc. 1.  The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found Wade stated a cognizable claim against defendants Dr. Nege and Dr. Montegrande for deliberate indifference under the Eighth Amendment.  Doc. 21.  After Wade elected to stand on his complaint, the magistrate judge recommended the action proceed on the cognizable claims, and all other claims and defendants be dismissed for failure to state a claim.  Docs. 27, 29.

The court served the findings and recommendations were served on Wade and notified him that any objections were to be filed within 14 days after service.  Doc. 29 at 16.  The court also informed Wade that failure to file timely objections may result in the waiver of certain rights. *Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).  Despite receiving two extensions of time, Wade has not filed any objections and the time to do so has passed.

1

Pursuant to 28 U.S.C. § 636(b)(1), the court conducted a de novo review of this case. After carefully reviewing the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on October 24, 2025 (Doc. 29), are **ADOPTED** in full.

2. This action **SHALL** proceed **only** on the claims for deliberate indifference against defendants Dr. Nege and Dr. Montegrande.

3. All other claims and defendants are **DISMISSED** from the action.

4. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    February 10, 2026

_____
UNITED STATES DISTRICT JUDGE

2