UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LYNN WADE, | No.  1:22-cv-00123-KES-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT |
| v. | (ECF No. 49) |
| B. GATES, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for entry of default, filed June 2, 2026. (ECF No. 49.)  For the following reasons, Plaintiff's motion must be denied.

**I.**

**LEGAL STANDARD**

If a defendant fails to plead or otherwise defend an action after being properly served with a summons and complaint, a default judgment may be entered pursuant to Federal Rule of Civil Procedure 55(a). Rule 55 requires a "two-step process" that consists of (1) seeking the clerk's entry of default and (2) filing a motion for entry of default judgment. Eitel v. McCool, 782 F.2d 1470, 1471 (9th Cir. 1986); see also Symantec Corp. v. Global Impact, Inc., 559 F.3d 922, 923

1

(9th Cir. 2009) (noting "the two-step process of 'Entering a Default' and 'Entering a Default Judgment' ").

## II.

## DISCUSSION

Here, as an initial matter, Plaintiff's motion is not signed and is subject to be stricken from the record. See ECF No. 3 ("Each document submitted for filing must include the original signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Documents submitted without the required signature may be stricken.") However, even if the motion was signed, it is premature. On May 27, 2026, the USMS filed its USM-285 form indicating that "Antoinette, Front Desk" accepted service of the summons and complaint on behalf of Defendant Doctor Faye Montegrande on May 27, 2026, at an address for a business located in Los Angeles, California. The summons provides that Defendant Montegrande is "required to serve ... an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service" (i.e., June 17, 2026). (ECF No. 36); Fed. R. Civ. P. 12(a)(1)(A)(i); see also (ECF No. 48) (answer due 6/17/2026). Accordingly, because Defendant Montegrande is not required to file a response until June 17, 2026, Plaintiff's instant motion for entry of default is premature which must be denied.

## III.

## ORDER

Based on the foregoing, Plaintiff's motion for entry of default (ECF No. 49) is DENIED.

IT IS SO ORDERED.

Dated:   **June 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge