UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LYNN WADE,<br><br>            Plaintiff,<br><br>      v.<br><br>B. GATES, et al.,<br><br>            Defendants. | No.  1:22-cv-00123-KES-SAB (PC)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT<br><br>(ECF No. 47) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On February 11, 2026, the Court ordered that this case proceed on Plaintiff's claims for deliberate indifference against Dr. Nege and Dr. Montegrande.  (ECF No. 35.)

On April 20, 2026, Defendant Dr. Nege filed an answer to Plaintiff's complaint, and on May 20, 2026, the court issued a Discovery/Scheduling Order. (ECF Nos. 42, 47.) Subsequently, on June 17, 2026, Defendant Dr. Montegrande filed an answer to the complaint. (ECF No. 52.) By this order, the court shall extend the application of the court's May 20, 2026 Discovery/Scheduling order to Defendant Montegrande. The parties are reminded that any requests for extensions of the deadlines set in the order must be filed prior to the expiration of the deadlines in question.

1

Based on the foregoing, IT IS HEREBY ORDERED that the Court's May 20, 2026, Discovery/Scheduling Order is applicable to Defendant Montegrande, as well as Defendant Nege.

IT IS SO ORDERED.

Dated:   **June 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge